# United States District Court

## Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**PROFESSIONAL ASBESTOS REMOVAL CORPORATION**<br>**AKA PARC ENVIRONMENTAL** | **JUDGMENT IN A CRIMINAL CASE**<br>(For Offenses Committed On or After November 1, 1987)<br>Case Number: **1;09CR00454-001**<br><br>ANTHONY P. CAPOZZI<br>Defendant's Attorney |

**THE DEFENDANT:**

[✔]  pleaded guilty to count(s): ONE of the Superseding Information .
[ ]  pleaded nolo contendere to counts(s) ___ which was accepted by the court.
[ ]  was found guilty on count(s) ___ after a plea of not guilty.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 42 USC 6928(d)(3) | Making a false statement in a Uniform Hazardous Waste Manifest | June 18, 2008 | One |

    The defendant is sentenced as provided in pages 2 through  7  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

 **The record establishes no need for a presentence report pursuant to Fed. R. Criminal. P. 32.**

[ ]  Count(s) ___ (is)(are) dismissed on the motion of the United States.

[✔]  Information  is  dismissed by District Court on motion of the United States.

[ ]  Appeal rights given.          [✔]  Appeal rights waived.

    IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

11/24/2009
Date of Imposition of Judgment


/S/ ANTHONY W. ISHII
Signature of Judicial Officer


**ANTHONY W. ISHII**, United States District Judge
Name & Title of Judicial Officer

12/3/2009
Date

AO 245B-CAED (Rev. 3/04) Sheet 4 - Probation  Case 1:09-cr-00454-AWI   Document 9   Filed 12/03/09   Page 2 of 7

CASE NUMBER: 1;09CR00454-001 Judgment - Page 2 of 7
DEFENDANT: PROFESSIONAL ASBESTOS REMOVAL CORPORATION
AKA PARC ENVIRONMENTAL

# PROBATION

The defendant is hereby sentenced to probation for a term of <u>3 YEARS</u> .
PROBATION IS TO BE BENCH/UNSUPERVISED

The defendant shall not commit another federal, state, or local crime.

If this judgment imposes a fine or a restitution obligation, it is a condition of Probation that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

NONE

## SPECIAL CONDITIONS OF SUPERVISION

1. SEE ATTACHED.

CASE NUMBER:        1;09CR00454-001                                                                     Judgment - Page 3 of 7
DEFENDANT:        PROFESSIONAL ASBESTOS REMOVAL CORPORATION
AKA PARC ENVIRONMENTAL

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the Schedule of Payments on Sheet 6.

|         | Assessment | Fine         | Restitution  |
|---------|------------|--------------|--------------|
| Totals: | $ 400.00   | $ 250,000.00 | $ 177,235.82 |

[ ] The determination of restitution is deferred until __ . An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

[✔] The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| State of California Department of Toxic Substances Control | | $177,235.82 | |

(Was tendered this date in open court)

| | | | |
|---|---|---|---|
| TOTALS: | $ __ | $ __ | |

[] Restitution amount ordered pursuant to plea agreement $ __

[ ] The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

[ ] The court determined that the defendant does not have the ability to pay interest and it is ordered that:

   [ ] The interest requirement is waived for the       [ ] fine        [ ] restitution

   [ ] The interest requirement for the        [ ] fine   [ ] restitution is modified as follows:

[ ] If incarcerated, payment of the fine is due during imprisonment at the rate of not less than $25 per quarter and payment shall be through the Bureau of Prisons Inmate Financial Responsibility Program.

[ ] If incarcerated, payment of restitution is due during imprisonment at the rate of not less than $25 per quarter and payment shall be through the Bureau of Prisons Inmate Financial Responsibility Program.

** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

CASE NUMBER: 1;09CR00454-001 Judgment - Page 4 of 7
DEFENDANT: PROFESSIONAL ASBESTOS REMOVAL CORPORATION
AKA PARC ENVIRONMENTAL

# SCHEDULE OF PAYMENTS

Payment of the total fine and other criminal monetary penalties shall be due as follows:

A [✔] Lump sum payment of $ 427,635.82 due immediately, balance due

    [ ] not later than ___ , or
    [ ] in accordance with    [ ] C,    [ ] D,    [ ] E, or    [ ] F below; or

B [ ] Payment to begin immediately (may be combined with    [ ] C,    [ ] D, or [ ] F below); or

C [ ] Payment in equal ___ (e.g., weekly, monthly, quarterly) installments of $ ___ over a period of ___ (e.g., months or years), to commence ___ (e.g., 30 or 60 days) after the date of this judgment; or

D [ ] Payment in equal ___ (e.g., weekly, monthly, quarterly) installments of $ ___ over a period of ___ (e.g., months or years), to commence ___ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E [ ] Payment during the term of supervised release will commence within ___ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F [X] Special instructions regarding the payment of criminal monetary penalties:

    FINE TO BE PAID IN FULL NO LATER THAN FOUR MONTHS FROM THE DATE OF SENTENCING.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

[ ] Joint and Several

Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate:

[ ] The defendant shall pay the cost of prosecution.

[ ] The defendant shall pay the following court cost(s):

[ ] The defendant shall forfeit the defendant's interest in the following property to the United States:

AO 245B-CAED (Rev. 3/04) Sheet 6 - Schedule of Payments                Case 1:09-cr-00454-AWI   Document 9   Filed 12/03/09   Page 5 of 7

| CASE NUMBER: | 1;09CR00454-001 | Judgment - Page 5 of 7 |
| DEFENDANT: | PROFESSIONAL ASBESTOS REMOVAL CORPORATION AKA PARC ENVIRONMENTAL | |

**APPENDIX "A" TO PLEA AGREEEMENT**
**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**
**CASE NUMBER: 1:09-CR-00454-AWI**
**Special Conditions of Three-Year Term of Court Probation**

1. All submissions and reporting to the State of California, Department of Toxic Substances Control (hereinafter, "DTSC") required by the special conditions in this Appendix or by the Plea Agreement in this case will be made to the following official:
Enrique Baeza
Supervising Criminal Investigator
California Department of Toxic Substances Control
1001 "I" Street, P.O. Box 806
Sacramento, California 95812-0806
*ebaeza@dtsc.ca.gov*
(916) 324-3960

2. All requirements listed in this Appendix shall be completed by Professional Asbestos Removal Corporation, aka, PARC Environmental, (hereinafter "PARC") within six (6) months of the entry of the plea of guilty as per the attached Plea Agreement.

3. During the three-year term of probation, PARC will abide by all applicable local, state and federal laws and regulations governing the conduct of its business. This includes, but is not limited to, following all applicable laws and regulations under the Federal Resource Conservation and Recovery Act.

4. PARC will develop, publish and institute an ethics policy, as approved by DTSC, and ensure that every employee is trained in that policy, signing an acknowledgment intending to abide by it. Records of the policy, training and signed acknowledgements must be kept on file for the term of probation and provided to DTSC upon request.

5. PARC will develop and implement a company policy which requires that an approved profile to an approved destination facility be obtained prior to transportation of waste from the generator site. PARC will have the written policy signed by all employees who transport waste. Upon request, said policy will be provided to DTSC.

6. PARC will conduct at least a weekly training or meeting with its staff to discuss safety and compliance standards. Attendance and signature of participants will be taken at each training or meeting. Attendance records of training or meetings will be kept for the term of probation and will be provided to DTSC upon request. All crews must be involved in the safety and compliance meetings or trainings, unless the crews are not interchangeable. This training should include the following compliance requirements:

a. All hazardous or non-hazardous materials and/or waste must be shipped on the appropriate shipping document (manifest or bill of lading).
b. All manifests or bills of lading must be accurately and truthful according

AO 245B-CAED (Rev. 3/04) Sheet 6 - Schedule of Payments      Case 1:09-cr-00454-AWI   Document 9   Filed 12/03/09   Page 6 of 7

CASE NUMBER: 1;09CR00454-001 Judgment - Page 6 of 7
DEFENDANT: PROFESSIONAL ASBESTOS REMOVAL CORPORATION
AKA PARC ENVIRONMENTAL

to the U.S. Department of Transportation standards. This requirement is to include truthfully representing which personnel, identified by name, worked on a particular project; and that an authorized agent for the generator on all projects must sign the manifest.

c. All containers and shipments of hazardous or non-hazardous materials and/or waste must be properly labeled with an appropriate label. (i.e. hazardous waste labels, non-hazardous waste, medical waste, non-DOT non-regulated waste, universal waste, etc.)

d. Assign one person to be responsible and accountable to receive, track and ship hazardous waste from the facility. The person will maintain a log of all shipments indicating the date of arrival and departure from the PARC facility.

e. All records must be kept for at least the statutory three years and provided immediately to DTSC staff upon request.

f. Develop and implement the use of a checklist of the compliance requirements in Sections 5a-5d above, for use at the "tail-gate" meeting listed in Section 9 of this Appendix.

7. For the term of probation, all employees dealing with or handling hazardous materials, manifests and bills of lading are required to attend and successfully pass Modules I to V of the California Compliance School Training. Forepersons must go to the California Compliance School. Technicians and drivers must go to the Hazardous Material Transportation 8-Hour Training. Abatement crews who are not interchangeable are excluded from this requirement.

8. PARC will develop and implement a training plan for new employees incorporating their attendance at the California Compliance School Training. The training plan must be submitted to DTSC within 30 days of the date on which the Plea Agreement in this case is executed. Specifically, under this training plan, all new employees dealing with or handling hazardous materials, manifests and bills of lading are required to attend and successfully pass Modules I to V of the California Compliance School Training. Forepersons must go to the California Compliance School. Technicians and drivers must go to the Hazardous Material Transportation 8-Hour Training. Abatement crews who are not interchangeable are excluded from this requirement.

9. PARC will hire a full-time regulatory compliance officer with education, training and experience in the hazardous waste operations field acceptable to DTSC. DTSC will first approve the hiring of such an officer. If PARC has already hired said officer, the person and the person's qualifications will still need to be presented to DTSC for its approval.

10. PARC will develop and implement a mandatory policy to conduct a "tail-gate" meeting at the customer site at the beginning and end of each work day. PARC must have at least a 5-minute tailgate meeting before starting work on the site and prior to leaving the site.

11. PARC will prepare an inventory list of all materials (i.e. drums, containers, vermiculite, etc.) taken to a customer site. PARC will also record the materials used and the number returned.

12. PARC will develop and implement a policy whereby a job sheet, which indicates

AO 245B-CAED (Rev. 3/04) Sheet 6 - Schedule of Payments  
Case 1:09-cr-00454-AWI   Document 9   Filed 12/03/09   Page 7 of 7

CASE NUMBER: 1;09CR00454-001  Judgment - Page 7 of 7
DEFENDANT: PROFESSIONAL ASBESTOS REMOVAL CORPORATION
AKA PARC ENVIRONMENTAL

time on site, as well as materials used and number of drums or containers shipped is signed by the customer. These jobs sheets will be applicable to all hazmat jobs, not abatement jobs. Additionally, PARC will ensure that the following requirements are met at every hazmat job:

a. A proper description of the waste or materials removed from the site must be listed on the job order. PARC will prepare a profile for each waste stream per job, per site, listing the proper shipping name and profile number for the job order.

b. The job order must be signed by the generator and by PARC prior to leaving the site or transportation of waste. PARC will develop a document that will list the hours spent on the job, waste taken, and materials used. A copy must be left with the generator and a copy must remain in the job folder.

13. PARC will ensure that all employees that are assigned to work on any clandestine drug lab clean-up sites, will first fully undergo and complete a criminal background check to the satisfaction of the contract for service with any local, state or federal law enforcement or governmental agency. Upon DTSC request PARC must submit proof that it has met this requirement through a packet documenting completion of background checks.

14. PARC will not store waste in a connex box, as DTSC has determined that placing the waste in a connex box does not constitute in transit. Additionally, PARC will adhere to the following standards:

a. Waste will be placed in a truck or van trailer while it is onsite at PARC. PARC will either not lift roll-offs containing drums; or inspect containers for leakage after lift.

b. PARC will keep manifests in the driver's side seat or according to U.S. Department of Transportation guidelines for hazardous waste/materials in transit.

c. Waste in transit will remain in original containers and will not be handled except to transfer it from one vehicle to another for the purposes of consolidation. PARC must be able to track any waste in transit.

15. PARC will provide consent to DTSC for unannounced inspections at its business locations and clean-up sites during normal business hours. Consent will be for the duration of the term of probation.

16. Hazardous waste/materials that are abandoned or left at PARC's facilities by unknown entities will be properly logged and inventoried. PARC will certify that such wastes have been abandoned prior to transportation and disposal of the waste.

a. At no time will PARC treat or consolidate hazardous waste and materials unless it has applied for and received a permit to do so.

b. Records and an inventory must be kept on file for a period of five years. This is a separate record for materials that PARC has previously stated have been abandoned at their facility. The records must refer to the manifest numbers and be shipped according to hazardous waste generator requirements.